UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT E. JOHNSON, | CASE NO. 3:12-cv-06018-RJB |
| Plaintiff, | ORDER AFFIRMING REPORT AND RECOMMENDATION AND DISMISSING CASE |
| v. | |
| SARA DI VITTORIO et al., | |
| Defendants. | |

This matter comes before the court on the Report and Recommendation of the Magistrate Judge. Dkt. 40. The court has reviewed the relevant records and the remainder of the file herein.

Plaintiff Robert Earle Johnson alleges that two state judges and two assistant attorney generals acted improperly in prior court proceedings. On November 4, 2013, Magistrate Judge J. Richard Creatura issued a Report and Recommendation, concluding that Defendants' Motion for Summary Judgment (Dkt. 20) should be granted, Plaintiff's cross motion for summary judgment (Dkt. 36) should be denied, and this action should be dismissed. Dkt. 40.

On November 20, 2013, Johnson filed Objections to the Magistrate's Report and Recommendation, advancing many of the same arguments found in his prior pleadings. Dkt. 44.

ORDER AFFIRMING REPORT AND
RECOMMENDATION AND DISMISSING CASE-
1

On November 26, 2013, the Defendants filed Defendant's Response to Plaintiff's Objections to the Magistrate's Report and Recommendation. Dkt. 45. The Defendants argue that Johnson "makes many of the same arguments" and that "Defendants have thoroughly addressed these arguments." Dkt. 45, at 2. In addition, the Defendants note that the Magistrate Judge concluded that Johnson's action is not frivolous. Dkt. 45, at 2-3. The Defendants ask the Court to make its own determination of whether the action is frivolous. *Id.*

The court has reviewed the record *de novo* and concludes that the Magistrate Judge carefully and accurately reviewed the record and thoroughly addressed Plaintiff's claims. The court concurs with the analysis and conclusions of the Magistrate Judge. Despite Johnson's objections, Judges Hicks and Penoyar are immune from suit for the reasons provided in the Report and Recommendation. Judge Penoyer's ruling was not beyond the powers of the court. In addition, the *Rooker-Feldman* doctrine precludes this court from hearing Johnson's claims against Di Vittorio. Finally, Johnson's objections regarding his claims against Stanhope are meritless. Johnson has previously litigated allegations of fraud against Stanhope. *See Johnson v. Clark et al.,* Case No. 3:05-cv-05401, Dkt. 101, 106 (W.D. Wash. 2009). The Magistrate Judge validly found that Johnson's claims against Stanhope are time barred.

As the Magistrate Judge concluded, the court does not address the merits of Johnson's claims having recommended granting Defendants' Motion for Summary Judgment on all claims based on immunity, lack of subject matter jurisdiction, and the running of the statute of limitations. Further, the Court concurs with the Magistrate Judges' decision recommending that this action not be deemed frivolous. The Report and Recommendation should be adopted.

1   Therefore, it is hereby

2   **ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt. 40) is

3   **ADOPTED**. Defendants' Motion for Summary Judgment (Dkt. 20) is **GRANTED** and

4   Plaintiff's Cross-Motion for Summary Judgment (Dkt. 36) is **DENIED.** This case is dismissed.

5   The Clerk is directed to send uncertified copies of this Order to all counsel of record and

6   to any party appearing *pro se* at said party's last known address.

7   Dated this 11th day of December, 2013.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge